IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:19-cv-00576-BO

SYLVIA CRISP-WILLIAMS,                    )
                                          )
            Plaintiff,                    )
                                          )
    v.                                    )
                                          )
KILOLO KIJAKAZI,                          )        ORDER
Acting Commissioner of Social             )
Security                                  )
                                          )
            Defendant.                    )
                                          )
                                          )

Plaintiff's counsel filed a motion for approval of attorney's fees under section

206(b) of the Social Security Act (the "Act"), 42 U.S.C. § 406(b), in the amount of

$12,954.25 (Doc. 30). Attorney's fees under section 206(b) are paid from past-due

benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has

previously been awarded attorney's fees under the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412, in the amount of $6,500.00 (Doc. 29).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*,

535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

1

It is ORDERED that Plaintiff's counsel be awarded fees under section 206(b) of the Act, 42 U.S.C. § 406(b), in the amount of $___12,954.25___, and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED, this __22__ day of September, 2021.

_Terrence Boyle_
TERRENCE BOYLE
UNITED STATES DISTRICT JUDGE

2