UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SYLVIA WILLIAMS,                      )
                                      )
        Plaintiff,                    )
                                      )     **JUDGMENT IN A CIVIL CASE**
    v.                                )
                                      )     **CASE NO. 5:19-CV-576-BO**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security,                      )
        Defendant.                    )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under section 206(b)of the Act, 42 U.S.C. § 406(b), in the amount of $12, 954.25 and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on September 23, 2021, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |

DATE:                                 PETER A. MOORE, JR., CLERK
September 23, 2021                    (By) /s/ Nicole Sellers
                                       Deputy Clerk